**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

NETWORK F.O.B., INC.,                                  Case No.: 3:16-bk-03416-PMG

          Debtor.                                                    Chapter 7
_____/

**TRUSTEE'S REPORT AND NOTICE OF INTENT TO SELL**
**PROPERTY OF THE ESTATE AT PRIVATE SALE**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 300 North Hogan Street, Suite 3-150, Jacksonville, FL 32202 and serve a copy on the movant's attorney, Jacob A. Brown, Esq., Akerman LLP, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      PLEASE TAKE NOTICE that, pursuant to 11 U.S.C § 363(b), Federal Rule of Bankruptcy Procedure 6004, and M.D. FLA. L.B.R. 2002-4 and 6004-1, Aaron R. Cohen (the "Trustee") will sell at private sale the Estate's interest in the following described property:

> Judgment in the amount of $79,743.84, plus interest, entered on June 1, 2011, in favor of Network F.O.B., Inc., and against Defendant, Derek Henry Siltala, in the adversary proceeding styled *Network F.O.B., Inc. v. Derek Henry Siltala, d/b/a Johanning Trans-Fare;* United States Bankruptcy Court, District of Minnesota; Adversary No. 11-6016 (the "Judgment"), for **$9,350**.

45409482;1


The sale shall be to ALPHA ASSETS CORP. and/or its assignee(s) ("Alpha") for **$9,350.00** (the "Purchase Price"), to be paid on or before July 10, 2018, by check payable to Aaron R. Cohen, Trustee, and mailed to the Trustee at P.O. Box 4218, Jacksonville, FL 32201-4218. Alpha shall send the Trustee a $1,500 deposit (the "Deposit") within three days of issuance of this Notice.

Upon receipt of the Purchase Price in full, the Trustee shall deliver an Assignment of Judgment in the form attached hereto as **Exhibit A**. Alpha shall bear all costs associated with recording the Assignment of Judgment, including any recording fees.

If Alpha fails to timely pay the Purchase Price or otherwise comply with the terms of this Notice, then after ten (10) days written notice to Alpha and Alpha's failure to cure within that ten (10) day period, the Trustee, upon submission of an affidavit stating that Alpha failed to timely comply with the terms of this notice, shall be entitled to:

a. retain the Deposit; and

b. retain all rights under the Judgment.

The Trustee will entertain higher bids for the purchase of the property described above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by Aaron R. Cohen, as Trustee, at the address listed below no later than the close of business on twenty-one (21) days from the date of mailing as indicated below. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the trustee can arrange such auction. The Estate reserves the right, without penalty, to withdraw this offer of sale at any time, and any funds, bids or deposits received by the Trustee prior to the expiration of the twenty-one-day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the

twenty-one-day objection period set forth above, and/or a favorable disposition of any objections to the sale filed as outlined above. The property is being sold subject to all liens and encumbrances of record, if any. The proceeds of the sale shall become property of the Estate and distributed according to the Bankruptcy Code. The Trustee has considered the tax consequences of the sale and believes that the sale is in the best interest of the estate and recommends it to the creditors.

The property is being sold "as is, where is" with no warranties of any kind, "express, implied, or otherwise." It is the buyer's responsibility to examine title or otherwise identify any encumbrances on the property not disclosed herein. To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

**Accepted and Agreed to:**

Dated: June ___7th___, 2018          **ALPHA ASSETS CORP.**

By: _____Kenoma_____
Name: __K. CHINWEIKE ONUA__
Title: __PRESIDENT & CEO__

3

45409482;1

Dated: June 8, 2018

AKERMAN LLP

By: */s/ Jacob A. Brown*
    Jacob A. Brown
    Florida Bar No.: 0170038
    Email: jacob.brown@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, FL 32202
    Telephone: (904) 798-3700
    Facsimile: (904) 798-3730

and

Raye C. Elliott
Florida Bar No.: 018732
Email: raye.elliott@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837

Attorneys for Aaron R. Cohen, Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

In accordance with the Court's Order (i) Limiting Notice, (ii) Establishing Noticing Procedures, and (iii) Authorizing Trustee to Retain and Pay for Notice and Service (Doc. 105), I hereby certify that on June 8, 2018, the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notices in this case.

    */s/ Jacob A. Brown*
    Attorney

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

DEREK HENRY SILTALA,                          Bankruptcy No. 11-60226

    Debtor.

_____

NETWORK F.O.B., INC.,                          Adversary No. 11-6016

    Plaintiff,

v.

DEREK HENRY SILTALA, d/b/a
JOHANNING TRANS-FARE,

    Defendant.

_____

## ASSIGNMENT OF JUDGMENT

By this Assignment, given this ___ day of _____, 2018, **Aaron R. Cohen, as Trustee (and not individually) of the Bankruptcy Estate of Network F.O.B., Inc.**, which is pending in the United Stated Bankruptcy Court, Middle District of Florida, Jacksonville Division, Case No. 3:16-bk-03416-PMG, whose address is P.O. Box 4218, Jacksonville, Florida 32201-4218, for value received, does hereby assign to **ALPHA ASSETS CORP. and/or its assignee(s), a corporation incorporated in the State of New York, whose address is P.O. Box 1137, New York, New York, 10116-1137,** for itself and its successors and assigns, all rights, title, and interests which Network F.O.B., Inc. has and holds under that certain Judgment in the amount of $78,743.84, plus interest, (the "Judgment"), entered in this proceeding on June 1, 2011, in favor of Network F.O.B., Inc. and against Derek Henry Siltala,attached hereto as **Exhibit A**.

The Trustee is duly authorized to execute this Assignment and to bind the Bankruptcy Estate thereby.

THIS ASSIGNMENT IS MADE WITHOUT RECOURSE, AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND OR NATURE WHATSOEVER, BY AARON R. COHEN, CHAPTER 7 TRUSTEE. THIS JUDGMENT IS CONVEYED "AS IS" AND "WITH ALL FAULTS," INCLUDING WITHOUT ANY REPRESENTATION OR WARRANTY WHATSOEVER, INCLUDING AS TO COLLECTABILITY, ENFORCEABILITY, VALUE OF COLLATERAL,

45411043;2

Exhibit A

ABILITY OF ANY OBLIGOR TO REPAY, CONDITION, FITNESS FOR ANY PARTICULAR PURPOSE, MERCHANTABILITY OR ANY OTHER WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, BY ANY PERSON, INCLUDING AARON R. COHEN, CHAPTER 7 TRUSTEE.

IN WITNESS WHEREOF, Aaron R. Cohen, as Trustee (and not individually) of the Bankruptcy Estate of Network F.O.B., Inc., has executed this Assignment as of the day and year first above written.

Signed, sealed and delivered
in the presence of:

Print Name: _____

_____
AARON R. COHEN, as Chapter 7 Trustee of the Bankruptcy Estate of Network F.O.B., Inc.

STATE OF FLORIDA        )
                         ) ss:
COUNTY OF DUVAL         )

The foregoing instrument was sworn to and subscribed before me this ___ day of June, 2018, by Aaron R. Cohen, as Trustee of the Chapter 7 bankruptcy estate of Network F.O.B., Inc., who is:

☐   personally known to me; or

☐   produced a driver's license issued by the _____ Department of Highway Safety and Motor Vehicles as identification; or

☐   produced the following identification: _____

_____
NOTARY PUBLIC, STATE OF FLORIDA

_____
(Print, Type or Stamp Commissioned Name of Notary Public)

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:                                       Bankruptcy No. 11-60226

**DEREK HENY SILTALA,**

                       **Debtor.**

**NETWORK F.O.B., INC.,**

                       **Plaintiff,**                        **Adversary No. 11-6016**

               v.                                        **JUDGMENT**

**DEREK HENRY SILTALA, d/b/a/**
**JOHANNING TRANS-FARE,**

                       **Defendant.**

This proceeding came before the Court, and a decision or Order for Judgment was duly rendered, the Honorable Dennis D. O'Brien, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

That Plaintiff Network F.O.B., Inc., shall recover from Debtor/Defendant Derek Henry Siltala the sum of $78,743.84, plus interest, in addition to costs and disbursements incurred by Plaintiff in this matter; and said amount is a nondischargeable debt in Debtor Derek Henry Siltala's Bankruptcy Case No. 11-60226.

Dated: June 1, 2011                    Lori A. Vosejpka
                                               Clerk of Bankruptcy Court

                                          By   /e/ Doretta Raymond
                                             Doretta Raymond, Judicial Assistant

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/01/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk

Exhibit A