ORDERED.

Dated: August 20, 2018

_____
Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

NETWORK F.O.B., INC.,                    Case No.: 3:16-bk-03416-PMG

　　　　Debtor.                          Chapter 7
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE**
**COMPROMISE WITH CSNK WORKING CAPITAL FINANCE CORPORATION**

THIS CASE came before the Court upon the Motion of Aaron Cohen, as Chapter 7 Trustee for the bankruptcy estate of Debtor, Network F.O.B., Inc. ("Trustee"), seeking the entry of an order approving a compromise between the Trustee and CSNK Working Capital Finance Corporation d/b/a Bay View Funding (the "Motion") (Doc. 262). Notice of the compromise was furnished to all necessary parties pursuant to Local Rule 2002-4 on July 23, 2018. No objections to the compromise were received. The Court therefore considers the compromise to be unopposed.

Accordingly, it is ORDERED[1]:

---

[1] Defined terms in the Motion are incorporated herein.

45568625;1

2

1. The Compromise between the Trustee and CSNK Working Capital Finance Corporation d/b/a Bay View Funding ("Bay View") is approved and is fully enforceable in all respects. The Trustee and Bay View shall comply with all approved terms of the Compromise.

2. The Trustee shall be entitled to retain $11,867.50 of the Total Amount which shall be property of the bankruptcy estate and shall be free and clear of all liens, claims, and encumbrances, and distributed by the Trustee in accordance with 11 U.S.C. § 726.

3. The Trustee shall pay Bay View $11,867.50 of the Total Amount within ten (10) days of this Order becoming final and non-appealable.

4. Any and all lien rights of Bay View or any other person on the Criminal Restitution Award, the Collected Monthly Payments, the Restitution Purchase Price, the Judgment and the Judgment Purchase Price are deemed released and satisfied.

Jacob A. Brown, Esq. is directed to serve a copy of this Order in accordance with the Court's April 4, 2017 Order (I) Limiting Notice, (II) Establishing Notice Procedures, and (III) Authorizing Trustee to Retain and Pay for Notice and Service (Doc. 105) and file a proof of service within three days of entry of the Order.

45568625;1