ORDERED.

Dated: **October 15, 2019**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                                CASE NO.: 3:16-bk-03416-JAF
                                                                              Chapter 7

NETWORK F.O.B, INC.,

          Debtor.
_____

**ORDER GRANTING MOTION TO APPROVE COMPROMISE WITH RICKY PRUITT**

This case is before the Court upon the Trustee's Motion to Approve Compromise with Ricky Pruitt (Doc. No. 375). The Court finds that no objections were filed to the motion served on all creditors pursuant to Middle District of Florida Local Bankruptcy Rule 2002-4 on September 17, 2019. Accordingly, it is

**ORDERED:**

1. The motion is GRANTED and the compromise is approved.

2. The gross settlement amount of $7,500.00 with Ricky Pruitt is approved.

3. Attorney Patrick Kilburn is authorized to deduct his 40% fee of $3,000.00 and his costs of $329.00 and tender the Trustee a net check in the amount of $4,171.00. The net check

shall be made payable to "Aaron R. Cohen, Trustee" and mailed to the Trustee at Post Office Box 4218, Jacksonville, Florida 32201.

    4.    Attorney Patrick Kilburn is authorized to execute any judgment satisfaction or releases to consummate the settlement.

    5.    The Settlement Proceeds shall be property of the bankruptcy estate, free and clear of all liens, claims, and encumbrances, and the Trustee shall distribute the Settlement Proceeds in accordance with the provisions of 11 U.S.C. § 726.

Trustee Aaron Cohen is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.